This is to advise that on May 11, 2011

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Op. 11-53

In action

Ct. No. 09-00241

Shandong TTCA Biochemistry Co., Ltd., et al.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Cargill, Incorporated, et al.,
(Defendant-Intervenors.)